UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR NAPORA, et al., | No. 2:15-cv-0007 MCE AC |
| Plaintiffs, | |
| v. | ORDER |
| FARMERS INSURANCE COMPANY, et al., | |
| Defendants. | |

This matter having come before the Court and Defendants having shown good cause on their Ex Parte Application for Extension of Time to Respond to Plaintiffs' Complaint, this Court grants Defendants' Ex Parte Application and orders Defendants' response to be filed and served no later than 20 days from the date of this order.

IT IS SO ORDERED.

DATED: February 10, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1